UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                ) | |
|           Plaintiff,           ) | 8:09CR50 |
|                                ) | |
|    vs.                         ) | **FINAL ORDER OF** |
|                                ) | **FORFEITURE** |
|                                ) | |
| LEONEL PLESENT,                ) | |
|                                ) | |
|           Defendant.           ) | |

NOW ON THIS 28th day of July, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 14, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(3), 924(d) and Title 28, United States Code, 2461(c), 5872, based upon the Defendant's plea of guilty to Counts III and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in, a model 151 S.S. Kresge Co. .410 gauge shotgun, serial number 605482, with an overall length of 19 ½" and a barrel length of 12", a model 1986 TABUK 7.62x39mm rifle, serial number 2039560, a model 916 S&W 12 gauge shotgun, serial number B04953, a Mossberg .410 gauge shotgun, serial number K730789, a Mossberg 12 gauge shotgun, serial number J982232, a Maadi ARM .7.62x39mm rifle, serial number AC0068229, a Romarm 7.62x39 caliber rifle, serial number 1-51892-03, a model 1986 TABUK 7.62x39mm rifle, serial number 2039560, a model 1911-A1 Springfield Armory .45 caliber pistol, serial number NM74339, a model 102 High Standard Sport King .22 caliber pistol, serial number 1059427, a Thompson Center Arms .224 caliber pistol, serial

number 369788, a model 03A3 Remington 30-06 caliber bolt action rifle, serial number 4128318, a model 30 series A Savage 12 gauge shotgun, serial number A631119, a model 3T Ted Williams .22 caliber rifle, serial number R221895, O.F. Mossberg&Sons Inc. .22 caliber rifle, with no serial number, an unknown brand .22 caliber lever action rifle, with no serial number, a model SW9VE S&W 9mm pistol, serial number PDX5070, a Sig Sauer .45 caliber pistol, serial number 141566, a Berretta PX4 Storm 9mm pistol, serial number PX31943, a Sturm Ruger .223 caliber rifle, serial number 188-37845, and a Sturm Ruger .223 caliber rifle, serial number 188-43683, was forfeited to the United States.

    2.  Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on May 25, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on July 27, 2009 (Filing No. 42).

    3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

    4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

    B.  All right, title and interest in and to the a model 151 S.S. Kresge Co. .410 gauge shotgun, serial number 605482, with an overall length of 19 ½" and a barrel length of 12", a model 1986 TABUK 7.62x39mm rifle, serial number 2039560, a model 916 S&W 12 gauge shotgun, serial number B04953, a Mossberg .410 gauge shotgun, serial number K730789, a Mossberg 12 gauge shotgun, serial number J982232, a Maadi ARM .7.62x39mm rifle, serial number AC0068229, a

Romarm 7.62x39 caliber rifle, serial number 1-51892-03, a model 1986 TABUK 7.62x39mm rifle, serial number 2039560, a model 1911-A1 Springfield Armory .45 caliber pistol, serial number NM74339, a model 102 High Standard Sport King .22 caliber pistol, serial number 1059427, a Thompson Center Arms .224 caliber pistol, serial number 369788, a model 03A3 Remington 30-06 caliber bolt action rifle, serial number 4128318, a model 30 series A Savage 12 gauge shotgun, serial number A631119, a model 3T Ted Williams .22 caliber rifle, serial number R221895, O.F. Mossberg&Sons Inc. .22 caliber rifle, with no serial number, an unknown brand .22 caliber lever action rifle, with no serial number, a model SW9VE S&W 9mm pistol, serial number PDX5070, a Sig Sauer .45 caliber pistol, serial number 141566, a Berretta PX4 Storm 9mm pistol, serial number PX31943, a Sturm Ruger .223 caliber rifle, serial number 188-37845, and a Sturm Ruger .223 caliber rifle, serial number 188-43683, held by any person or entity, is hereby forever barred and foreclosed.

 C. The model 151 S.S. Kresge Co. .410 gauge shotgun, serial number 605482, with an overall length of 19 ½" and a barrel length of 12", a model 1986 TABUK 7.62x39mm rifle, serial number 2039560, a model 916 S&W 12 gauge shotgun, serial number B04953, a Mossberg .410 gauge shotgun, serial number K730789, a Mossberg 12 gauge shotgun, serial number J982232, a Maadi ARM .7.62x39mm rifle, serial number AC0068229, a Romarm 7.62x39 caliber rifle, serial number 1-51892-03, a model 1986 TABUK 7.62x39mm rifle, serial number 2039560, a model 1911-A1 Springfield Armory .45 caliber pistol, serial number NM74339, a model 102 High Standard Sport King .22 caliber pistol, serial number 1059427, a Thompson Center Arms .224 caliber pistol, serial number 369788, a model 03A3 Remington 30-06 caliber bolt action rifle, serial number 4128318, a model 30 series A Savage 12 gauge shotgun, serial number A631119, a model 3T Ted

Williams .22 caliber rifle, serial number R221895, O.F. Mossberg&Sons Inc. .22 caliber rifle, with no serial number, an unknown brand .22 caliber lever action rifle, with no serial number, a model SW9VE S&W 9mm pistol, serial number PDX5070, a Sig Sauer .45 caliber pistol, serial number 141566, a Berretta PX4 Storm 9mm pistol, serial number PX31943, a Sturm Ruger .223 caliber rifle, serial number 188-37845, and a Sturm Ruger .223 caliber rifle, serial number 188-43683, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms in the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 28th day of July, 2009.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE
United States District Court**