IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR50 |
| v. | ) | |
| LEONEL PLESENT, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant's Motion to Modify Conditions of Release (Filing No. 52). Defendant requests to be allowed to be released from CCH to the custody of his parents and to reside at his parent's home until he self-surrenders (self-surrender date is September 29, 2009). After considering the matter, the court will grant the motion.

IT IS ORDERED that defendant's Motion to Modify Conditions of Release is granted. The defendant is allowed to be released to his parent's custody on Sunday, September 27, 2009, and remain in their custody until he self-surrenders. The defendant otherwise remains on his current terms of supervision.

DATED this 25th day of September, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge